JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual, | Case No.: 8:18-cv-01742-JLS-DFM |
| Plaintiff, | |
| v. | **ORDER DISMISSAL WITH PREJUDICE** |
| ARBY'S #0215, a business of unknown form; PETER CHAMIE, an individual and trustee of the PETER CHAMIE TRUST; DENISE CHAMIE, an individual and trustee of the DENISE CHAMIE TRUST; and DOES 1-10, inclusive, | |
| Defendants. | |

ORDER
DISMISSAL WITH PREJUDICE

| 1  | After consideration of the Joint Stipulation for Dismissal of the entire action |
| 2  | with Prejudice filed by Plaintiff George Avalos ("Plaintiff") and Smart |
| 3  | Management & Co, Inc, Peter Chamie And Denise Chamie ("Defendants"), the |
| 4  | Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the |
| 5  | above-entitled action, in its entirety. Each party shall bear his or its own costs and |
| 6  | attorneys' fees. |
| 7  | IT IS SO ORDERED. |
| 8  | |
| 9  | DATED: 1/31/19 |

JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE